Submitted on record and briefs July 27, reversed and remanded for trial
August 25, 1993

STATE OF OREGON,
*Respondent,*

*v.*

RODRICK WARREN SMITH,
*Appellant.*

(CR92-112; CA A75497)

856 P2d 646

Sally L. Avera, Public Defender, and Dan Maloney, Deputy Public Defender, Salem, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, Thomas H. Denney, Assistant Attorney General, and Amanda Buttress, Certified Law Student, Salem, filed the brief for respondent.

Before Deits, Presiding Judge, and Durham and Leeson, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals his conviction for second degree criminal mischief, ORS 164.354, assigning error to the entry of the judgment of conviction based on his plea of guilty and to the sentence imposed as a result of the conviction. He argues, and the state concedes, that, because the record contains no evidence that he entered a guilty plea, entry of the judgment of conviction based on the plea was error. We accept the state's concession. ORS 135.385 to ORS 135.395; *Stelts v. State of Oregon*, 299 Or 252, 701 P2d 1047 (1985).

Reversed and remanded for trial.